IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON ALERS and KEVIN CRAWFORD, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY d/b/a AMERICAN EDUCATION SERVICES and FEDLOAN SERVICING, PERFORMANT RECOVERY, INC, TRANSWORLD SYSTEMS, INC., and ACCOUNT CONTROL TECHNOLOGY, INC.<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 2:20-cv-02073<br><br>CLASS ACTION |

**DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY'S RULE 12(B)(6) MOTION TO DISMISS**

　　Defendant Pennsylvania Higher Education Assistance Agency d/b/a American Education Services and FedLoan Servicing ("PHEAA"), by counsel, submits its Fed. R. Civ. P. 12(b)(6) Motion to Dismiss in response to the Complaint filed against it by Plaintiffs Jason Alers and Kevin Crawford (collectively, "Plaintiffs").

1

Plaintiffs' allegations within the Complaint fail to state a claim for which relief can be granted. Accordingly, the Court should dismiss this entire action with prejudice, and without leave to amend, for the reasons articulated in the contemporaneously filed Memorandum in Support of Rule 12(b)(6) Motion to Dismiss, which is incorporated by reference herein.

WHEREFORE, Pennsylvania Higher Education Assistance Agency d/b/a American Education Services and FedLoan Servicing respectfully requests that the Court dismiss the Complaint with prejudice and grant it such further relief as the Court deems just and proper.

Dated: June 30, 2020                                   Respectfully submitted,

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY D/B/A
AMERICAN EDUCATION SERVICES
AND FEDLOAN SERVICING

  /s/ *John C. Lynch*
John C. Lynch (VSB No. 39267) (admitted *pro hac vice*)
Maryia Y. Jones (VSB No. 78645) (admitted *pro hac vice*)
Troutman Sanders LLP
222 Central Park Ave, Suite 2000
Virginia Beach, VA  23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510

Justin G. Weber (PA 89266)
PEPPER HAMILTON LLP
100 Market Street
Suite 200, P.O. Box 1181

2

        Harrisburg, PA 17108
        (717) 255-1170

        Christopher R. Healy (PA 326965)
        PEPPER HAMILTON LLP
        3000 Two Logan Square
        Eighteenth & Arch Streets
        Philadelphia, PA 19103-2799
        (215) 981-4000

        *Counsel for Defendant Pennsylvania Higher Education Assistance Agency d/b/a American Education Services and FedLoan Servicing*