IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON ALERS and KEVIN CRAWFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY d/b/a AMERICAN EDUCATION SERVICES and FEDLOAN SERVICING, PERFORMANT RECOVERY, INC, TRANSWORLD SYSTEMS, INC., and ACCOUNT CONTROL TECHNOLOGY, INC.<br><br>Defendants. | Civil Action No. 2:20-cv-02073<br><br>CLASS ACTION |

**MOTION OF DEFENDANT
ACCOUNT CONTROL TECHNOLOGY, INC.
TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Defendant Account Control Technology, Inc. ("ACT"), hereby moves to dismiss Plaintiffs' Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). In support thereof, ACT incorporates herein by reference the accompanying memorandum of law and the arguments made in the memorandums of law submitted by the Pennsylvania Higher Education Assistance Agency in support of its Motions to Dismiss. A proposed form of Order is attached.

/s/ Bridget C. Giroud
William T. Mandia (Pa. I.D. No. 91792)
Bridget C. Giroud (Pa. I.D. No. 321289)
Matthew B. Johnson (admitted *pro hac vice*)
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street
Suite 2600
Philadelphia, PA 19103-7018
(215) 564-8000
*Attorneys for Defendant*
*Account Control Technology, Inc*

Dated:  July 3, 2020