IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON ALERS**, *et al.*, | : | CIVIL ACTION NO. 1:22-CV-1357 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY**, *et al.*, | : | |
| Defendants | : | |

# ORDER

AND NOW, this 6th day of June, 2023, upon consideration of the report (Doc. 81) of Magistrate Judge Martin C. Carlson, recommending the court grant the motions (Docs. 61, 65) to dismiss plaintiffs' complaint (Doc. 1) filed by defendants Pennsylvania Higher Education Assistance Agency ("PHEAA") and Account Control Technology, Inc., for failure to state a claim for which relief may be granted; deny as moot PHEAA's motion (Doc. 56) to dismiss for lack of subject matter jurisdiction; and deny PHEAA's motion (Doc. 69) for sanctions, and it appearing no party has objected to the report, see FED. R. CIV. P. 72(b)(2), and the court noting failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, the district court should afford "reasoned consideration" to the uncontested portions of the report, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879),

in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court agreeing with Judge Carlson's analysis and recommendation, and concluding there is no clear error on the face of the record, it is hereby ORDERED that:

1. Magistrate Judge Carlson's report (Doc. 81) is ADOPTED.

2. PHEAA's and Account Control Technology's motions (Docs. 61, 65) to dismiss for failure to state a claim are GRANTED.

3. Plaintiffs' claims against PHEAA and Account Control Technology are DISMISSED for failure to state a claim for which relief may be granted.

4. PHEAA's remaining motions (Docs. 56, 69) are DENIED for the reasons stated in the report.

5. Plaintiffs shall show cause within 14 days of today's date why their claims against defendants Performant Recovery, Inc., and Transworld Systems, Inc., should not be dismissed based upon the reasoning set forth in the report as to defendant Account Control Technology.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania